*forma pauperis* granted. Certiorari granted.

No. 95–2052. UNITED STATES *v.* GONZALEZ, SHERIFF, VAL VERDE COUNTY, TEXAS, ET AL.; and

No. 95–2077. GONZALEZ, SHERIFF, VAL VERDE COUNTY, TEXAS, ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 95–8131. SCHMIDT *v.* WISCONSIN. Sup. Ct. Wis. Certiorari denied.

No. 95–8204. POST ET AL. *v.* WISCONSIN. Sup. Ct. Wis. Certiorari denied.

No. 95–9308. MARBERRY *v.* WISCONSIN. Ct. App. Wis. Certiorari denied.

No. 96–577. TRISTAR CORP. *v.* FREITAS ET AL. C. A. 2d Cir. Certiorari denied.

No. 96–628. KEANE, SUPERINTENDENT, SING SING CORRECTIONAL FACILITY *v.* BORIA. C. A. 2d Cir. Certiorari denied.

No. 96–823. KANSAS *v.* MYERS. Sup. Ct. Kan. Certiorari denied.

No. 96–1059. SYCUAN BAND OF MISSION INDIANS ET AL. *v.* WILSON, GOVERNOR OF CALIFORNIA, ET AL. C. A. 9th Cir. Certiorari denied.

No. 96–1326. HANDICABS, INC. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 8th Cir. Certiorari denied.

No. 96–1392. FINK *v.* RYAN, SECRETARY OF STATE OF ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 96–1447. UNITED BROTHERHOOD OF CARPENTERS AND JOINERS OF AMERICA, AFL–CIO *v.* BE&K CONSTRUCTION CO.